Jose CENDEJAS–SANCHEZ,
Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 00–70009.

I & NS No. A92 101 929.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 6, 2001.

Decided June 25, 2001.

Before KOZINSKI and THOMAS,
Circuit Judges, and WHYTE, District
Judge.*

MEMORANDUM **

The case is remanded to the Board of
Immigration Appeals for reconsideration
in light of *In re Robin Juraine Cram-
mond,* 2001 WL 312775 (BIA March 22,
2001).

VACATED AND REMANDED.

---

* The Honorable Ronald M. Whyte, United
States District Judge for the Northern District
of California, sitting by designation.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

